# United States Court of Appeals

### For the Eighth Circuit

_____

No. 24-2385

_____

Scotty Lee White

*Plaintiff - Appellant*

v.

Paul Hopkins; Ashley Lepold, Chief-Environment of Care/Safety; Dane R. Roper,
Office of General Counsel; Angela Athmann, Deputy Network Director; Chandra
Miller; John Taylor, VA Police

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: February 6, 2025
Filed: February 12, 2025
[Unpublished]

_____

Before BENTON, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Department of Veterans Affairs (VA) employee Scotty White appeals following the district court's[1] dismissal of his pro se Federal Torts Claim Act and civil rights action against six VA employees. Having jurisdiction under 28 U.S.C. § 1291, this court affirms. After careful de novo review of the record and the parties' arguments on appeal, this court finds no basis for reversal. *See Montin v. Moore*, 846 F.3d 289, 292 (8th Cir. 2017) (standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B.

———————————————

---

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.